UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SWEENEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY SUPERIOR COURT(BRUCE C MILLS),<br><br>    Defendant. | Case No. 16-cv-04683-HSG<br><br>**ORDER DIRECTING DEFENDANT TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

On August 15, 2016, Plaintiff Joseph Sweeney moved for a temporary restraining order against Defendant Contra Costa County Superior Court. Dkt. No. 2. Plaintiff filed a proof of service with the Court on August 17, 2016. Dkt. No. 9.

The Court hereby DIRECTS Defendant to respond to Plaintiff's motion for temporary restraining order by August 22, 2016. The Court will notify the parties whether a hearing will be held.

**IT IS SO ORDERED.**

Dated: August 18, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SWEENEY,<br><br>   Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY SUPERIOR COURT(BRUCE C MILLS),<br><br>   Defendant. | Case No. 16-cv-04683-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Sweeney
1233 Amberstone Lane
San Ramon, CA 94582

Dated: August 18, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

2